IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE T. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. [20-cv- |
| | ) | 7281, |
| v. | ) | 20-cv-7530 |
| | ) | ,21-cv-1563] |
| [EMMA PEREZ et al | ) | *The Honorable* |
| VINCENT PERILLO et al | ) | *Judge* |
| DR. OCULEYE et al], | ) | *Franklin U.* |
| | ) | *Valderrama* |
| Defendant(s). | ) | |

FILED
MAY 02 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MOTION FOR SANCTIONS**

I Terrence Thirkield Williams by and through myself, self representative litigant [pro se "Plaintiff"], respectfully moves this Honorable court to sanction the defense. In support of my petition/pursuit states as follows;

1. In August of 2022, defense counsel Lance Neyland desperately sought for these cases to be dismissed by way of i technicality.

2. It has since then, been made clear and obvious that defense counsels August 2022 intrigues, was an antic used to portray their clients and even themselves as attorneys, as victims of some sort, in an effort to deter the courts focus from the main purpose of these proceedings, in an attempt to try and help the defendants escape culpability, all while avoiding tending to these matters in its entirety.

3. It has been made very clear, that with Mr. Neylands deliberate failures to cooperate with this courts orders between August of 2022 through April of 2023, that it is the defense in all actuality, whom has bad faith charisma and has harbored no intent to adequately, reasonably, or even appropriately address these proceedings as expected by an expert of his chosen profession.

4. At this very moment the defense is causing unnecessary delay and the nature of the defenses non-compliance is harassing to this Plaintiff and is deserving of no leniency or justification.

5. Plaintiff was subjected to sanctions after demonstrating an effort, where he at the least tried, even as a lay-person, whom litigates not as of desire or choice, but rather as he is mandated to do if he so wishes to redress the irreparable harms for which he endured. Defense counsel(s) has not even reciprocated this much of an effort, as they [Julie Koerner and Lance Neyland] have since August of 2022, failed to so much even try.

6. This hereby presents that the defense counsel(s) is not taking these matters serious, as defense counsel(s) has had ample opportunity to respond to discovery request for which this court did not grant the defense protection from, and rather make an effort to do so, defense counsel(s) attempted to amplify their defense or the dignity thereof, at the expense of this Plaintiffs living insecurities and him being a complete lay-person of the law, where the defense raised frivolous claims that lacked credible support, alleging that this Plaintiff just did not have good faith in these regard.

7. Defense Counsel(s) conduct is oppressive, malicious, and spiteful towards this Plaintiff.

8. The last that this Plaintiff has heard from the defense in these regards, the defense promised to adhere to this courts April 21st 2023 deadline, and that the defense would be seeking for summary judgment. Now that we have arrived at our destination, thus far, the defense counsels promises has proven to be as blank as their threats.

9. Mr. Neyland portrays to be in the business of chance and game, where he has continuously made off range attempts with no ultimate success nor true purpose, which is of concern and shall not be tolerated, as it is very unacceptable and present that he is not taking this Plaintiff or these proceedings at all serious, and these matters are being prolonged, and courts cost wasted

on misconduct, frivolousness, and antics on behalf of these licensed professionals.

10. Plaintiff is not moved by defense counsel(s) scare tactics or antics, as their actions has only the more proven to be as such and if this was not made clear in August of 2022, it has been brought to light now, by April of 2023. The defense counsel(s) has been bold enough to demonstrate carelessly without justification for their lapse or at the least some reasonable excuse as to how its been over eight months and still no progress on behalf of the defense, the same defense counsel(s) whom wasted court cost alleging that this Plaintiff was doing what it is that the defense counsel is now openly doing and has done since August of 2022, completely failing to approach this matter with good faith and in a healthy ideal way for all parties and the courts.

*11.* Plaintiff has even most recently, as of April 15th 2023, a Saturday [weekend], thoughtfully prepared a letter for both Miss Koerner and Mr. Neyland to consider, which consisted of potentially settling **ALL** matters. The Plaintiff genuine urges were treated like foreign language by the defense even by email through Plaintiffs fiance Lakeisha Sharp, defense counsel has rejected Plaintiff genuine offer as well.

12. Defense counsel is retaliating against this Plaintiff and with a more clear modus operandi, which is to deliberately prolong this case as long as the defense cannot gain tactical advantages over this Plaintiff, and in an attempt to make these proceedings as unfair for this Plaintiff as possible, by continuously trying to thwart the larger purpose of achieving a fair resolution with their constant invocations of technicalities and their very own non-compliance.

13. This Plaintiff filed a hand written motion articulably persuading the courts to dismiss prior barrings and for restoration to pursue these matters by the full scope thereof, which this Plaintiff has yet to receive a response to. However, with the defenses continuous and deliberate failures to comply with this courts order farther more weighs in favor of this Plaintiffs petition for himself being deserving for his ability to submit evidence for compensatory and punitive damages, as this present to be the ultimate ideal and realistic conclusion in order for not only defense counsel(s) to cease with their antics and overly exaggerated invocations of technical difficulties, but this will also demand defense counsel(s) full compliance and cooperation all while at the same time redressing the irreparable harms for which this Plaintiff endured

Wherefore I, Terrence Thirkield Williams, respectfully ask that Your Beloved Honors natural pragmatism dismisses all falsehood by restoring/repairing my ability to submit evidence in argument for compensatory and punitive damages for reasons stated in my earlier handwritten motion to reconsider, for the above reasons stated herein and above in this petition, which is just, given the magnitude of the defense counsel(s) deliberate non-compliance, farther more as an equivalent answer for or in response to defense counsel(s) deliberate failures to comply, and lastly I ask that Your Honor subsequently sanction and penalize the defense with sanctions that this Honorable court finds to be the most effective, reasonable, and equally justifying sanctions credible for the amount of disturbances and disruptions the defense counsels has caused and is responsible for.

*I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS THAT GOVERNS THE UNITED STATES, THAT THE FOREGOING IS TRUE AND CORRECT TO THE VERY BEST OF MY KNOWLEDGE AND BELIEF, SO HELP ME GOD(DESS).*

*Respectfully Submitted and committed by yours truly;*

*/s/ Terrence T. Williams*

Terrence T. Williams
04/25/2023